# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**  ☐ Under Seal   **Judge Assigned:** Fitzpatrick

- City: 
- County: Fairfax
- Superseding Indictment: 
- Same Defendant: 
- Magistrate Judge Case No.: 
- Search Warrant Case No.: 
- **Criminal No.** 1:26-mj-30
- New Defendant: x
- **Arraignment Date:** 
- R. 20/R. 40 From: 

## Defendant Information:

- **Defendant Name:** Alexander Collins Dubasky
- Alias(es): 
- ☐ Juvenile   FBI No.: 
- **Address:** Fairfax, Va. 22032
- Employment: 
- **Birth Date:** 2007
- **SSN:** 6790
- **Sex:** Male
- **Race:** White
- **Nationality:** USA
- **Place of Birth:** 
- Height: 6'0"
- Weight: 175
- Hair: 
- Eyes: 
- Scars/Tattoos: 
- ☐ Interpreter   **Language/Dialect:** 
- Auto Description: 

## Location/Status:

- **Arrest Date:** 
- ☐ Already in Federal Custody as of:   in: 
- ☒ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name: 
- ☐ Court Appointed
- Counsel Conflicts: 
- Address: 
- ☐ Retained
- Phone: 
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Marc Birnbaum
- **Phone:** 703-299-3700
- **Bar No.** Va. 48101

## Complainant Agency - Address & Phone No. or Person & Title:

SA Marcus Wilson, Federal Protective Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 922(k) | Possess Firearm/Obliterated Serial | 1 | Felony |
| Set 2: | | | | |

**Date:** January 27, 2026   **AUSA Signature:** *Marc Birnbaum*

*may be continued on reverse*