IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER COLLINS DUBASKY,<br><br>Defendant. | No. 1:26-mj-30 |

## UNITED STATES' MOTION TO SEAL

The United States moves the Court to seal four sentences within the Affidavit submitted in support of the Criminal Complaint. ECF Nos. 1–2. Those sentences contain references to matters that occurred when the defendant was a juvenile. While there may not be an affirmative obligation to redact that material, the United States believes that it is appropriate to do so to protect the defendant's privacy. "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). The United States' proposed redactions are attached to this motion.

Respectfully submitted,

/s/
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: marc.birnbaum@usdoj.gov