IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:26-mj-30 |
| ALEXANDER COLLINS DUBASKY, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Marcus Wilson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I make this affidavit in support of a criminal complaint and arrest warrant charging that on or about November 5, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, ALEXANDER COLLINS DUBASKY ("DUBASKY") knowingly possessed a .38 special ultra-lite Taurus revolver (the "FIREARM") that had been shipped and transported in interstate and foreign commerce knowing that the importer and manufacturer's serial number had been removed, obliterated, and altered, in violation of 18 U.S.C. § 922(k).

### AGENT BACKGROUND

2.      I am a Special Agent with the Department of Homeland Security's Federal Protective Service ("FPS") in Washington, D.C. I began my career with FPS in 2016 as an Inspector, which is FPS's uniformed police. During this time, I have received specialized training and conducted numerous investigations of offenses under Title 18 of the United States Code. My duties as an FPS Special Agent include threat investigations, investigating criminal violations of Title 18, and seeking, when applicable, prosecution of violators.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, police officers, and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant but does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

### *DUBASKY Sets Fire to a Marked FPS Vehicle*

4.      On April 27, 2025, DUBASKY intentionally set fire (using gasoline and a lighter) to a marked (police) FPS Ford Explorer while it was parked in the driveway of an FPS Inspector's home in Fairfax County, Virginia. The Inspector's home security system recorded the arson. ■

### *The FIREARM Goes Missing*

5.      On July 13, 2025, FCPD officers responded to DUBASKY's residence for a domestic disturbance call. During this call, DUBASKY's father alleged that DUBASKY had broken into a safe using a crowbar and stole the FIREARM. DUBASKY admitted that he broke into the safe, but denied stealing the FIREARM. DUBASKY alleged that his father had misplaced the FIREARM. FCPD officers found the safe in the family's trash can.

### *FCPD Searches DUBASKY's House*

6.      In the course of the arson investigation, FCPD executed a Virginia search warrant at DUBASKY's home on August 20, 2025. During the search, FCPD seized an iPhone from DUBASKY's pants pocket. FCPD's examination of this device and other electronic devices yielded communications about homemade explosives, instructions on how to make explosives, anti-government rhetoric, and communications about planning and coordinating future violent

acts.[1]

       7.      DUBASKY's possession of the FIREARM was not the subject of FCPD's search of the iPhone. During the search of the iPhone, however, FCPD investigators noted two items that appear to show DUBASKY's possession of the FIREARM in July 2025. First, FCPD's search of the iPhone yielded a Telegram chat in which the person using DUBASKY's account (highlighted in yellow) appears to reference possession of the FIREARM (as highlighted in orange) in a message that was sent on July 16, 2025, at 9:23 p.m.

---

[1] FCPD investigators also seized black powder from DUBASKY's residence.

8.    FCPD's examination of the iPhone also yielded Google searches from July 26, 2025, in which the user of the device searched for terms related to the FIREARM and its range.

4

| Refined Results Google Searches | Search Term | URL | Date/Time |
|---|---|---|---|
| Refined Results Google Searches | what range is the 38 special iltra ligjt | https://www.google.com/sear... | 7/26/2025 12:50:47.372 AM |
| Refined Results Google Searches | what range is the 38 special iltra ligjt | https://www.google.com/sear... | 7/26/2025 12:51:08.757 AM |
| Refined Results Google Searches | what range is the 38 special iltra ligjt | https://www.google.com/sear... | 7/26/2025 12:50:47.784 AM |
| Refined Results Google Searches | what range is the 38 special iltra ligjt | https://www.google.com/sear... | 7/26/2025 12:50:47.362 AM |
| Refined Results Google Searches | what range is the 38 special iltra ligjt | https://www.google.com/sear... | 7/26/2025 12:51:02.997 AM |
| Refined Results Google Searches | taurus ultra lite 38 special 5 shot | https://www.google.com/sear... | 7/26/2025 12:51:28.031 AM |
| Refined Results Google Searches | taurus ultra lite 38 special 5 shot | https://www.google.com/sear... | 7/26/2025 12:51:09.218 AM |
| Refined Results Google Searches | taurus ultra lite 38 special 5 shot | https://www.google.com/sear... | 7/26/2025 12:51:08.874 AM |
| Refined Results Google Searches | taurus ultra lite 38 special 5 shot | https://www.google.com/sear... | 7/26/2025 12:51:08.852 AM |
| Refined Results Google Searches | taurus ultra lite 38 special 5 shot | https://www.google.com/sear... | 7/26/2025 12:51:09.884 AM |
| Refined Results Google Searches | taurus ultra lite 38 special 5 shot sight range | https://www.google.com/sear... | 7/26/2025 12:51:28.548 AM |
| Refined Results Google Searches | taurus ultra lite 38 special 5 shot sight range | https://www.google.com/sear... | 7/26/2025 12:51:28.148 AM |

9.

10.    On this same date, a Fairfax County General District Court judge entered a protective order that directed DUBASKY, among other conditions, to stay at least 500 feet away from the FPS Inspector's home.

*DUBASKY Violates the Protective Order*

11.    On November 5, 2025, the Inspector saw DUBASKY drive by the Inspector's home in violation of the Virginia protective order. The Inspector alerted FCPD and an officer obtained

a Virginia warrant for DUBASKY alleging that he had violated the protective order. Shortly thereafter, FCPD officers stopped DUBASKY while he was in his car. DUBASKY was the driver and only occupant. As DUBASKY pulled to the side of the road, one of the officers noted that DUBASKY was manipulating something under his driver's seat.

12.    The FCPD officers arrested DUBASKY on the outstanding warrant. Before DUBASKY's vehicle was towed, the officers conducted an administrative search pursuant to FCPD General Order No. 522. On the driver's floorboard, officers found .38 caliber ammunition and a bag that held a gun cleaning kit.



Under the driver's seat, officers located the FIREARM, which was loaded with five rounds of ammunition in the cylinder.





The serial number on the FIREARM had been defaced.



13.    Investigators could not recover the full serial number, but were able to reveal two characters, which appear to be "TE."



14.    On January 20, 2026, I interviewed DUBASKY's parents. During this

conversation, DUBASKY's parents each told me that they had purchased the FIREARM about 20 to 25 years ago from a specific retailer.[3] The FIREARM was held in a small safe in their home.[4] Each parent stated that they had not obliterated the serial number on the FIREARM.

15.    DUBASKY's mother located the box for the FIREARM, a .38 special ultra-lite Taurus revolver. On the outside of the box, I located the FIREARM's serial number, which was listed as TE29352. DUBASKY's mother also said that there were tools located in the basement, including grinders, which I observed.[5]



---

[3] The retailer identified by DUBASKY's parents is a well-known federal firearms licensee ("FFL") in the Eastern District of Virginia. Federal records show that DUBASKY's mother purchased the FIREARM from this FFL in early 2003. The records also show that the FIREARM was manufactured in Brazil and imported into the United States in Miami.

Since the 1968 Gun Control Act, Pub. Law 90-618, manufacturers and importers must imprint serial numbers on firearms. Similarly, an FFL may not transfer a firearm without recording the serial number listed on the weapon.

[4] Based on the investigation, I know that during 2025, three individuals lived at the family home— DUBASKY and his mother and father.

[5] I was interested in whether DUBASKY could have used any of these tools to obliterate the serial number on the FIREARM.

16.     DUBASKY's father said that after the safe was broken into and FCPD showed up, DUBASKY returned everything from the safe, *including* the FIREARM.[6] DUBASKY's mother said that DUBASKY had returned everything from the safe *except* for the FIREARM. She also stated that since the domestic disturbance incident, she had not seen the FIREARM at all.[7]

## CONCLUSION

17.     Based on the foregoing, I submit that there is probable cause to believe that on or about November 5, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, DUBASKY knowingly possessed the FIREARM that had been shipped and transported in interstate and foreign commerce knowing that the importer and manufacturer's serial number had been removed, obliterated, and altered, in violation of 18 U.S.C. § 922(k).

Respectfully submitted,

Special Agent Marcus Wilson
Federal Protective Service

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P.
4.1 by telephone on January 29, 2026:

*William C. Fitzpatrick*
The Honorable William C. Fitzpatrick
United States Magistrate Judge

Alexandria, Virginia

---

[6] DUBASKY's parents told me that, in addition to the FIREARM, the safe contained important documents and cash.

[7] DUBASKY's mother told me that only she and DUBASKY's father had access to the safe, and that before the safe was broken into, the FIREARM was inside the safe.